277 F.3d 1146 (9th Cir. 2002)
 PALEPALE ULUAKI FUA FINAU, Petitioner,
v.
IMMIGRATION AND NATURALIZATION SERVICE; JOHN ASHCROFT,* Attorney General, United States Department of Justice, Respondents.
 No. 00-70238
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted July 12, 2001
Filed October 31, 2001
Amended January 18, 2002
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE ORDER OF FEBRUARY 22, 2002.